**ORIGINAL**

**ORDERED SEALED BY COURT**
08 MAR 26 AM 10:08

Unsealed by WMc on 3/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plantiff<br><br>v.<br><br>**HAROLD GARNER, JR. ET AL**<br><br>     Defendants. | Magistrate Case No. **'08 MJ 0923**<br><br>APPLICATION AND ORDER SEALING ARREST WARRANT, COMPLAINT AND STATEMENT OF FACTS |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Sherri Walker Hobson, Assistant United States Attorney, and hereby moves this Court to seal the arrest warrant, the complaint and statement of facts. Disclosure would jeopardize the agent's abilities to arrest these defendants.

DATED: 3/25/08.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*[signature]*
Assistant U.S. Attorney

IT IS ORDERED that the arrest warrant, the complaint and statement of facts, and this order be sealed in connection with the above-referenced case.

DATED: 3/25/08.

*[signature]*
UNITED STATES MAGISTRATE JUDGE