**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Harold Garner, Jr.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM McCURINE, JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ0923-01 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| HAROLD GARNER, JR., | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Martin G. Molina
mmolinaesq@yahoo.com,mmolinaesq@sbcglobal.net

Respectfully submitted,

DATED:        April 1, 2008                /s/ Gregory T. Murphy
                                           **GREGORY T. MURPHY**
                                           Federal Defenders of San Diego, Inc.
                                           Attorneys for Harold Garner, Jr.